

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROBERT HANSMAN, | § | |
| | § | No. 08-13-00295-CV |
| Appellant, | | |
| | § | Appeal from |
| v. | | |
| | § | 120th District Court |
| McDONALDS RESTAURANT, YORK CLAIMS SERVICE, | § | of El Paso County, Texas |
| LEXINGTON INSURANCE COMPANY, AND CASTRO ENTERPRISES, INC., | § | (TC # 2011-2356) |
| Appellees. | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of prosecution. Finding that Appellant has not filed a brief or a motion for extension of time to file his brief, we dismiss the appeal.

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file his brief in the time prescribed, and gives no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex.App.--San Antonio 1998, no pet.). Appellants' brief was due to be filed on February 16, 2014, but it has not been filed. The Clerk of the Court notified Appellant that his brief was past due and informed him of the Court's intent to dismiss the appeal for want of prosecution unless, within ten days of the notice, Appellant or another party responded showing grounds to continue

the appeal. Appellant has not filed his brief, a motion for extension of time, or any response to the Clerk's inquiry. Accordingly, we dismiss the appeal for want of prosecution. TEX.R.APP.P. 38.8(a)(1), 42.3(b).

May 30, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.